McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>RAMIRO LOPEZ-PACHECO,<br><br>             Defendant. | CASE NO. 2:19-CR-00136-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 9, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for a change of plea hearing on January 9, 2020.

2.      On December 18, 2019, the Court issued a minute order continuing the January 9, 2020 change of plea hearing to April 9, 2020, on the Court's own motion and due to the unavailability of the Judge. The minute order "encouraged [the parties] to file a Notice of Exclusion of Time if amenable." Docket No. 26.

3.      On January 10, the Court issued a minute order advancing the change of plea hearing to March 17, 2020. Docket No. 29.

4.      By this stipulation, the parties now move to exclude time between January 9, 2020, and March 17, 2020, under Local Code T4.

5.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes more than 800 pages of investigative reports and other documents, more than 25,000 photographs, and video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for the defendant needs the additional time between January 9, 2020 and March 17, 2020 to consult with his client, review the discovery, and prepare for sentencing and/or trial in the event the defendant does not enter a plea of guilty at the currently scheduled change of plea hearing.

c)      Based on the above-stated findings, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2020 to March 17, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

6.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 22, 2020                    McGREGOR W. SCOTT
                                            United States Attorney


                                            /s/ DAVID W. SPENCER
                                            DAVID W. SPENCER
                                            Assistant United States Attorney


Dated:  January 22, 2020                    /s/ Clemente Jimenez
                                            Clemente Jimenez
                                            Counsel for Defendant
                                            RAMIRO LOPEZ-PACHECO




## ORDER

IT IS SO ORDERED.

DATED:  January 24, 2020


_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE