CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Ramiro Lopez-Pacheco

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>RAMIRO LOPEZ-PACHECO,<br><br>    Defendant. | Case No.: 19-136 MCE<br><br>DEFENDANT'S WAIVER OF PERSONAL APPEARANCE AND CONSENT TO APPEAR VIA VIDEO TELECONFERENCE<br><br>DATE:  September 10, 2020<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |
|---|---|

 Pursuant to CARES Act §15002(b), RAMIRO LOPEZ-PACHECO, by and through his counsel of record, Clemente M. Jiménez, consents to proceed with his sentencing hearing via video teleconference. Counsel has advised Mr. Lopez-Pacheco of his right to be personally present for his hearing, and also discussed waiving his personal appearance and appearing via video teleconference. Mr. Lopez-Pacheco waives his right to personally appear at his sentencing hearing on September 10, 2020 and consents to appear by video teleconference.

 Pursuant to Gen. Order 616, counsel for Mr. Lopez-Pacheco has signed this waiver on his behalf.

DATED: September 9, 2020  /s/ Ramiro Lopez-Pacheco
             RAMIRO LOPEZ-PACHECO

19cr136.o.0909.EM.doc

- 1 -

I agree and consent to Mr. Lopez-Pacheco's appearance by video teleconference.

DATED:   September 9, 2020        /S/     Clemente M. Jiménez
                                  CLEMENTE M. JIMÉNEZ
                                  Attorney for Ramiro Lopez-Pacheco

**ORDER**

IT IS SO ORDERED.

Dated: September 10, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE